ADOLPH A. JUSTICE, JR. v. N.C. DEPARTMENT OF TRANSPORTATION

No. 54A96

(Filed 13 June 1996)

Appeal by respondent pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 121 N.C. App. 314, 465 S.E.2d 554 (1996), reversing the judgment entered by Smith (W. Osmond, III), J., on 7 November 1994, in Superior Court, McDowell County, and remanding this case to the trial court. Heard in the Supreme Court 14 May 1996.

*John R. Mull for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Hal F. Askins, Special Deputy Attorney General, and Bryan E. Beatty, Assistant Attorney General, for respondent-appellant.*

**HINES v. CALDWELL MEMORIAL HOSP.**

[343 N.C. 505(1996)]

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Johnson, the decision of the Court of Appeals is

REVERSED.